IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | | |
|---|---|---|
| TERRI J. DEWEESE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GIT-N-GO CONVENIENCE STORES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.:　4:11-CV-419<br><br>**UNRESISTED MOTION FOR ENTRY OF STIPULATED PRELIMINARY SCHEDULING ORDER AND DISCOVERY PLAN** |

Defendant Git-N-Go Convenience Stores, Inc. respectfully requests that the Court approve and issue the Proposed Stipulated Preliminary Scheduling Order and Discovery Plan, which is attached and included herein by reference, and which has been agreed upon and approved by the parties to this litigation.

Respectfully submitted,


/s/ Megan Erickson
Ann Holden Kendell, AT0004204
Bridget R. Penick, AT0006147
Megan J. Erickson, AT0009430
OF
Dickinson, Mackaman, Tyler & Hagen, P.C.
699 Walnut Street, Suite 1600
Des Moines, Iowa  50309-3986
Telephone:  (515) 244-2600
FAX:  (515) 246-4550
bpenick@dickinsonlaw.com
akendell@dickinsonlaw.com
merickson@dickinsonlaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2012 I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Harley C. Erbe
Erbe Law Firm
401 Grand Avenue
West Des Moines, IA 50265

/s/ Kellie Knudson