IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA

CENTRAL DIVISION

| | | |
|---|---|---|
| TERRI J. DEWEESE, | ) | |
| Plaintiff, | ) ) ) | NO.:  4:11-CV-419 |
| vs. | ) ) | |
| GIT-N-GO CONVENIENCE STORES, INC., | ) ) ) | **PROPOSED STIPULATED PRELIMINARY SCHEDULING ORDER AND DISCOVERY PLAN** |
| Defendant. | ) ) | |

Counsel have conferred and submit the following case information and proposed dates for case management:

1.      Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information?  __**X**__ yes __.__ no

*If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made:  March 30, 2012.

2.       Collective Action Conditional Certification:

a.       The parties have agreed to engage in informal discussions to flesh out their positions on the issue of conditional collective action certification before any formal filings/resistances.  Therefore, the parties shall have until January 20, 2012, to discuss their

respective positions and to explore the feasibility of reaching any kind of mutual agreement. Should the parties reach a mutual agreement on the question of conditional certification and proposed notice, the parties shall have until January 20, 2012, to file a proposed notice and until January 24, 2012, to file a proposed scheduling order establishing remaining deadlines for this case.

b.    Should the parties fail to reach such mutual agreement by January 20, 2012, Plaintiff will file her motion for collective action conditional certification pursuant to the Fair Labor Standards Act, 29 U.S.C. §216(b), by February 15, 2012.

c.    The parties shall have until March 30, 2012 to engage in limited discovery (including time for possible deposition of the named Plaintiff) for purposes of responding to Plaintiffs' motion for collective action certification.

d.    Defendant shall file its resistance to collective action certification by April 13, 2012.

e.    Plaintiff shall have fifteen (15) days after the filing of Defendant's resistance to file any reply brief in support of her motion for collective action certification.

3.    The parties agree it would be premature to establish further deadlines, and a new scheduling order regarding merits discovery and other relevant deadlines should be entered after the collective action conditional certification issue has been decided.  After a ruling has been entered regarding the conditional collective action certification, the parties shall have ten days following the entry of that ruling to either file a stipulated proposed scheduling order setting all remaining deadlines or notify the Court they are prepared to participate in a scheduling conference during which all remaining deadlines will be set – including but not limited to

deadlines for adding parties, amending pleadings, designating expert witnesses, completing

discover, dispositive motions, and setting a trial date.

    4.      A court-sponsored settlement conference is not necessary at this time.

Respectfully submitted,

By:                                 By:

| | |
|---|---|
| /s/ Harley Erbe | /s/ Megan Erickson |
| Attorney for Plaintiff | Attorneys for Defendant |
| Harley C. Erbe | Bridget R. Penick |
| ERBE LAW FIRM | Ann Holden Kendell |
| 401 Grand Avenue | Megan J. Erickson |
| West Des Moines, IA 50265 | OF |
| Telephone: (515) 281-1460 | DICKINSON, MACKAMAN, TYLER & HAGEN PC |
| Fax:  (515) 281-1474 | 699 Walnut Street, Suite 1600 |
| erbelawfirm@aol.com | Des Moines, Iowa  50309-3986 |
| | Telephone:  (515) 244-2600 |
| | Fax:  (515) 246-4550 |
| | bpenick@dickinsonlaw.com |
| | akendell@dickinsonlaw.com |
| | merickson@dickinsonlaw.com |

**JUDGE'S REVISIONS**

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

The deadline in Paragraph _____ is changed to _____.

**IT IS ORDERED** that this proposed Scheduling Order and Discovery Plan

_____ **is** _____ **is not** approved and adopted by this court.

**IT IS FURTHER ORDERED** that a scheduling and planning conference:

____    will not be scheduled at this time.

____    will be held in the chambers of Judge _____ at the

U.S. Courthouse in _____, Iowa, on the _____ day

of _____, at _____ o'clock, ___.m.

____    will be held by telephone conference, initiated by the court, on the

_____ day of _____, at _____ o'clock, ___.m.

**DATED** this _____ day of _____.

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT